ORDER
 

 Considering the Joint Petition for Interim Suspension filed by respondent, Connie M. Easterly a/k/a Connie M. Eversberg, and the Office of Disciplinary Counsel,
 

 IT IS ORDERED that Connie M. Easterly a/k/a Connie M. Eversberg, Louisiana Bar Roll number 26278, be and she hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, § 19.3, pending further orders of this court. Pursuant to Supreme Court Rule XIX, § 26(E), this order is effective immediately.
 

 /s/John L. Weimer
 

 Justice, Supreme Court of Louisiana